435 A.2d 242

Commonwealth v. Boynes, Appellant.

Submitted September 11, 1980. Arthur J. King, Assistant Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.

435 A.2d 242

Commonwealth v. Chandler, Appellant.

Submitted November 16, 1979. Carl R. Schiffman, for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and MONTGOMERY and LIPEZ, JJ.

The order of the lower court is affirmed.